COOLEY GODWARD LLP
JEFFREY S. KARR (186372) JKARR@COOLEY.COM
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Defendant
Chee Wong

**FILED**

AUG 1 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INTEGRATED MEDIA MEASUREMENT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHAZAM ENTERTAINMENT LIMITED, a British Corporation and CHEE WONG, an individual,,<br><br>Defendants. | Case No. C 05-2683 (MHP)<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>Judge:   The Hon. Marilyn Hall Patel |

Pursuant to Northern District Civil Local Rule 6-1, Plaintiff Integrated Media Measurement, Inc. ("IMMI") and Defendant Chee Wong, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Wong to respond to the complaint filed by Integrated Media Measurement, Inc. through and including September 2, 2005. This stipulation is based on the following facts:

**Whereas,** IMMI filed a complaint against Shazam and Wong on or about June 29, 2005;

**Whereas,** IMMI served the complaint on Wong on or about July 15, 2005;

**Whereas,** IMMI has granted Defendant Shazam Entertainment Limited an extension of time to respond to the complaint until September 2, 2005;

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

708720 v1/PA

1.

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO COMPLAINT
C 05-2683 (MHP)

1  **Whereas,** for the convenience of the Defendants, IMMI has agreed to make Wong's
2  response date identical to the response date for Shazam;

3  **Whereas,** the parties are currently involved in discussions in an effort to resolve the case;

4  **Whereas,** in order to allow the parties the opportunity to explore a resolution, and to
5  avoid unnecessary expense, the parties have agreed to extend the time within which Shazam and
6  Wong must respond to the complaint.

7  **Now, Therefore,** based on the foregoing recitals, Shazam and IMMI, by and through their
8  respective counsel of record, as follows:

9  It is hereby stipulated that the time within which Wong must respond to the complaint is
10 extended through and including September 2, 2005.

12 Dated: August 8, 2005                COOLEY GODWARD LLP

                                       By: /s/ Jeffrey S. Karr

                                       Jeffrey S. Karr
                                       Attorneys for Defendant
                                       Shazam Entertainment Limited and Chee
                                       Wong

19 Dated: August 8, 2005                LINER YANKELVITZ SUNSHINE &
                                       REGENSTREIF LLP

                                       By: /s/ Jonathan S. Kitchen

                                       Jonathan S. Kitchen
                                       Attorneys for Plaintiff Integrated Media
                                       Measurement, Inc.

8/9/05   IT IS SO ORDERED

         U.S. DISTRICT JUDGE

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.
708720 v1/PA

STIPULATION RE EXTENSION OF TIME TO
RESPOND TO COMPLAINT
C 05-2683 (MHP)