```
Jonathan S. Kitchen, Esq. (SBN: 80270)
Ali P. Hamidi, Esq. (SBN: 191198)
LINER YANKELEVITZ
  SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701
E-Mail: jkitchen@linerlaw.com
        ahamidi@linerlaw.com

Attorneys for Plaintiff
Integrated Media Measurement, Inc.
```

**FILED**
AUG 3 1 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| INTEGRATED MEDIA MEASUREMENT, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHAZAM ENTERTAINMENT LIMITED, a British Corporation and CHEE WONG, an individual, <br><br> Defendants. | Case No. C 05-2683 (MHP) <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff hereby gives notice that pursuant to FRCP 41(a)(1) it hereby dismisses the action, with prejudice, each party to bear its own attorneys fees and costs.

Dated: August 29, 2005

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: _____
Jonathan S. Kitchen
Attorneys for Plaintiff
Integrated Media Measurement, Inc.

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE

NOTICE OF DISMISSAL

0096512/001/ 22481v01